IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 10-389 |
| WARREN MONTGOMERY | : | |

### ORDER

AND NOW, this _4th_ day of February, 2011, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby

ORDERED

that Indictment No. 10-389 is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES, II
*Judge, United States District Court*